ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| PRIDE Industries | ) ASBCA Nos. 63066, 63195 |
| | ) |
| Under Contract No. W9124J-09-C-0014 | ) |

APPEARANCES FOR THE APPELLANT:       Nicole J. Owren-Wiest, Esq.
                                      Erin N. Rankin, Esq.
                                      Michelle D. Coleman, Esq.
                                        Crowell & Moring LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Dana J. Chase, Esq.
                                        Army Chief Trial Attorney
                                      MAJ Brandon P. Mark, JA
                                      MAJ Brittney N. Montgomery, JA
                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 2, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63066, 63195, Appeals of PRIDE Industries, rendered in conformance with the Board's Charter.

Dated:  August 2, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals